IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:24-cv-503 |
| ) | Judge Trauger |
| PAUL DRAKE HARRIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 9, 2024, the Magistrate Judge issued a Report and Recommendation (Doc No. 15), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion to Dismiss the counterclaims brought by the defendant (Doc. No. 13) is GRANTED and the defendant's counterclaims are hereby DISMISSED.

This case is returned to the Magistrate Judge for further handling under the original referral order.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge